

IN the INTEREST OF: I.W., a Minor

1273 EDA 2016

Superior Court of Pennsylvania. .

Filed 04/03/2017

CP–51–JV–1000007–2016 (Philadelphia)

Affirmed

MUTUAL PHARMACEUTICAL
COMPANY

v.

SPIREAS, S.

1287 EDA 2016

Superior Court of Pennsylvania.

04/03/2017

No. 000741, May Term, 2011 (Philadelphia)

Affirmed.

COM.

v.

JACKSON, G.

2041 MDA 2015

Superior Court of Pennsylvania.

04/03/2017

CP–41–CR–0000708–2013 (Lycoming)

Affirmed.

COLONY, C.

v.

DOBERMAN GROUP, INC.

590 MDA 2016

Superior Court of Pennsylvania.

Filed 04/03/2017

CP–44–CV–1361–1996 (Mifflin)

Affirmed

IN the INT. OF: T.C., a minor

Appeal of L.F.

1447 MDA 2016

Superior Court of Pennsylvania.

04/03/2017

CP–21–DP–0000202–2012 (Cumberland)

Affirmed

C.A.D.

v.

A.M.B.

1497 WDA 2016

Superior Court of Pennsylvania.

04/03/2017

2009–1952 CD (Clearfield)

Affirmed

